BBLI Edison LLC
                        Plaintiff,

v.                                          Case No.: 1:24−cv−04925
                                                          Honorable Mary M. Rowland

City Of Chicago
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The City of Chicago's motion to dismiss the amended complaint [17] is granted. Enter Order. By 3/24/25 Plaintiff is to file a status report indicating whether it intends to seek leave to file a second amended complaint. Plaintiff's counsel is reminded of their Rule 11 obligations and must strictly abide by the findings in the Order. If BBLI indicates it does not wish to attempt to file a second amend the complaint, the case will terminate, and judgment will enter. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.