# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BBLI EDISON LLC, a Delaware limited liability company, ) ) )| |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-04925 |
| v. ) | |
| ) | Judge Mary M. Rowland |
| CITY OF CHICAGO (DEPARTMENT OF HOUSING), ) ) | |
| Defendant. ) | |

## STATUS REPORT

Pursuant to this Court's Minute Order of March 7, 2025, Plaintiff BBLI Edison LLC submits to this Court's that it does not intend on filing a Second Amended Complaint. (Dkt. 31) and requests the Court enter a final order in this matter.

Respectfully submitted,

**BBLI EDISON, LLC**

By: */s/ Cara M. Houck*

Cara M. Houck
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
IL I.D. No. 06239163
cara.houck@hklaw.com